# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 11, 2007

Charles R. Fulbruge III
Clerk

No. 07-40308
Conference Calendar

ALEJANDRO FLORES

Petitioner-Appellant

v.

TC OUTLAW; UNITED STATES OF AMERICA

Respondents-Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:07-CV-50

Before REAVLEY, BARKSDALE, and GARZA, Circuit Judges.

PER CURIAM:[*]

Alejandro Flores, federal prisoner # 56143-079, was convicted of two drug-related charges and one racketeering charge, and he is currently serving life in prison. Flores filed a 28 U.S.C. § 2241 petition to challenge his convictions and sentences, and the district court dismissed his petition. Flores fails to address the district court's determination that he was not entitled to proceed under § 2241. Consequently, he has failed to show any error in connection with the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court's dismissal of his petition. See Brinkmann v. Dallas County Deputy Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987). The judgment of the district court is AFFIRMED.